### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:21-CR-127-CHB** |
| **DAZARAY RICE** | **DEFENDANT** |

### O R D E R

This matter came before the Court, by video, on October 21, 2021 for arraignment proceedings and a detention hearing. The United States was represented by Frank E. Dahl, III, Assistant United States Attorney. The defendant, Dazaray Rice, appeared in custody. The proceedings were digitally recorded.

The defendant advised the Court that she was unable to retain counsel. The Court questioned the defendant under oath and found her to be eligible for appointed counsel. Aubrey Williams from the Criminal Justice Act attorney panel was appointed to represent the defendant.

At the recommendation of the Probation Office and by agreement of the United States,

**IT IS HEREBY ORDERED** that the defendant is released on an unsecured bond in the amount of $5,000.00 with conditions pending further order of the Court.

**IT IS FURTHER ORDERED** that this matter is scheduled for arraignment proceedings on **October 22, 2021 at 10:00 a.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

Date: October 21, 2021

ENTERED BY ORDER OF THE COURT
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
JAMES J. VILT, JR., CLERK
By:     /s/ Ashley Henry
Deputy Clerk

Copies to:
United States Attorney
United States Probation
Counsel for Defendant

0|10